THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In The Matter
 Of The Care And Treatment Of Jackie Dodson, Appellant.
 
 
 

Appeal From Greenville County
Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2009-UP-418
 Submitted September 1, 2009  Filed
September 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Attorney General Deborah R.J. Shupe, all
 of Columbia, for Respondent.
 
 
 

PER CURIAM: Jackie Dodson appeals from the order of
 the circuit court committing him to long term care, control, and treatment as a
 sexually violent predator.  He argues the trial judge erred in allowing the
 State's witness to testify regarding detailed information Dodson related during
 the course of an evaluation.  After a thorough review of the record, counsel's
 brief, and Dodson's pro se brief, 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 and KONDUROS and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant
 to Rule 215, SCACR.